176 A.3d 224

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. KELVIN REYES, A/K/A KEVIN REYES, DEFENDANT-PETITIONER.

C–421 September Term 2017
079678

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003397–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

176 A.3d 225

ZIA H. SHAIKH, PLAINTIFF-MOVANT, v. LAURA L. GERMADNIG–SHAIKH, DEFENDANT.

M–458/459 September Term 2017
078989

December 8, 2017

ORDER

It is ORDERED that the motion for leave to file a motion for reconsideration as within time (M–458) is granted; and it is further

ORDERED that the motion for reconsideration of the Court's order denying the motion for leave to appeal and proceed as indigent (M–459) is denied.